We are a wholesale provider, and, in most situations, our customer is either another reseller o providing services to the end user. Information for our customer is below.

For the time period of **12/17/2020** through **12/31/9998**, DID **8552165126** was assigned to:



**INTAKE DESK LLC**
**4611 JOHNSON RD**
**COCONUT CREEK, FL 33073**

**Contact Information**
Name: Richard Smith
Phone: 9545471466
E-Mail: richard@intakedesk.com

For the time period of **8/31/2023** through **12/31/9998**, DID **8773242518** was assigned to:

**INTAKE DESK LLC**
**4611 JOHNSON RD**
**COCONUT CREEK, FL 33073**

**Contact Information**
Name: Richard Smith
Phone: 9545471466
E-Mail: richard@intakedesk.com

We are providing the above information to assist you to determine if you require additional inf inundate you with information that may not relate to your request or benefit you in your invest and you require additional information, please contact us and we will be happy to provide add

Please respond to confirm receipt and whether the above information satisfies your request.

VoIP Innovations LLC.
One Penn Center West
Suite 400
Pittsburgh, PA 15276
P 412.440.2005
F 412.542.3987
Subpoena@voipinnovations.com

On Thu, Feb 20, 2025 at 5:13 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

2