

**From:** Andrew Schneiderman
**To:** Melissa Socuzza
**Subject:** FW: [EXTERNAL] Re: Subpoena for Subscriber Information- Temen v. Select Justice
**Date:** Wednesday, April 30, 2025 9:42:32 AM

Please subfile in subpoena responses.

**From:** Subpoena <Subpoena@voipinnovations.com>
**Sent:** Wednesday, April 16, 2025 5:06 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Carriers@voipinnovations.com; legal@sangoma.com; Andrew Schneiderman <aschneiderman@ohaganmeyer.com>; subpoena@voipinnovations.com
**Subject:** [EXTERNAL] Re: Subpoena for Subscriber Information- Temen v. Select Justice

**CAUTION:** This email originated from outside the organization.
Do not click links or open attachments unless you are expecting them from the sender.

Hello,

We have received your request for subscriber information on 4/16/2025.
We are a wholesale provider, and, in most situations, our customer is either another reseller or another type of wholesale customer. Often, but not in all cases, our customer is providing services to the end user. Information for our customer is below.

For the time period of **2/9/2023** through **12/31/9998**, DID **2814023278** was assigned to:

**INTAKE DESK LLC**
**4611 JOHNSON RD**
**COCONUT CREEK, FL 33073**

**Contact Information**
Name: Richard Smith
Phone: 9545471466
E-Mail: richard@intakedesk.com

We are providing the above information to assist you to determine if you require additional information from us with respect to our customer (the above named) rather than inundate you with information that may not relate to your request or benefit you in your investigation. If you determine that the above Customer is the subject of your investigation and you require additional information, please contact us and we will be happy to provide additional information and any other assistance that we can.

Please respond to confirm receipt and whether the above information satisfies your request.

Thank you

VoIP Innovations LLC
One Penn Center West
Suite 400
Pittsburgh, PA 15276
P 412.440.2005
F 412.542.3987
Subpoena@voipinnovations.com

On Wed, Apr 16, 2025 at 4:29 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Hello:

Please see the attached subpoena.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.