

**verizon**

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

April 24, 2025

O'HAGAN MEYER PLLC
140 KENDRICK ST BLDG C WEST 2ND FLOOR
NEEDHAM MA 02494

**Verizon Case #: 25285725**
**Docket / File #: 24-cv-12656~LTS**

State of Texas

ss:

County of Tom Green

I, STEPHEN ZEITERS, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ STEPHEN ZEITERS

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

```
Verizon Case #: 25285725 0                    Target #: 100.0.90.24
Docket/File #:  24-cv-12656-LTS               All Times Are: UTC
========================================================================
Search Value: IP Address: 100.0.90.24
Start Time: 2023-08-22 05:03:49Z
Stop Time:  2023-11-17 12:31:14Z
========================================================================
```

**Customer Information:**

```
========================================================================
Vision Customer Id: 654509955
Vision Account Id: 0001
Customer Name: Stacey Sibulesky
Account Address: 3 UPTON RD, FRAM, MA 017010000
Daytime Telephone: 9044023016
Service VV - 5088773495
Email Address: staceyb.ma@gmail.com

Primary:        User ID: vze1gj76v
                User Name: stdsibulesky
========================================================================
```