# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SELECT JUSTICE, LLC**<br><br>*Defendant.* | Case No. 1:24-cv-12656-LTS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL CROSS-MOTION TO STAY DISCOVERY

Pursuant to 28 U.S.C. s. 1746, I, Dax Valdez, under penalty of perjury, declare as follows:

1. My name is Dax Valdez. I am over 21 years of age and am competent to give testimony. I make the statements set forth in this declaration based upon my personal knowledge, including that gained in my position as Chief Operating Officer of LeadClient, Inc.

2. The telephone number (413) 343-4738 is a number utilized by Defendant for purposes of established leads.

3. Plaintiff's telephone number at issue, (508) 877-6625, was never loaded into Defendant's system as an established lead meriting a further call from Defendant utilizing this number.

4. Accordingly, Defendant did not utilize the above-referenced number with a (413) exchange to ever call the Plaintiff, and certainly did not do so during the operative time period in question.

#6790418v1

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF MAY 2025.

_____
Dax Valdez

#6790418v1