# EXHIBIT F







Ads Manager - Manage ads × INTERNAL: Rideshare (JH) (I ×

app.unbounce.com/3134241/pages/2bcf33d3-6412-41c8-8f1c-d42c1b4e5cfe/leads

Relaunch to update

Default Client

Traffic

**INTERNAL: Rideshare (JH) (LP 2023 Refresh) (LEAD)**

https://rideshare.justicehere.com/

Edit ▾ Unpublish ···

Overview **Leads** Integrations Reporting External Data

0 of 500 selected

Download CSV

| | | | | |
|---|---|---|---|---|
| 5733 | over 1 year ago | [illegible] | A | Inappropriate Touching |
| 5734 | over 1 year ago | 2023-10-20 09:41 UTC | A | Inappropriate Touching |
| 5735 | over 1 year ago | 2023-10-20 09:02 UTC | A | Attempted Sexual Abuse |
| 5736 | over 1 year ago | 2023-10-20 08:38 UTC | A | Physical Injury |
| 5737 | over 1 year ago | 2023-10-20 06:27 UTC | A | No |
| 5738 | over 1 year ago | 2023-10-20 05:42 UTC | A | Inappropriate Touching |
| 5739 | over 1 year ago | 2023-10-20 05:15 UTC | A | Attempted Sexual Abuse |
| 5740 | over 1 year ago | 2023-10-20 04:44 UTC | A | Physical Injury |
| 5741 | over 1 year ago | 2023-10-20 02:45 UTC | A | Sexual Abuse |
| 5742 | over 1 year ago | 2023-10-20 02:23 UTC | A | No |
| 5743 | over 1 year ago | 2023-10-20 00:15 UTC | A | Inappropriate Touching |
| 5744 | over 1 year ago | 2023-10-19 21:33 UTC | A | No |
| 5745 | over 1 year ago | 2023-10-19 21:13 UTC | A | No |
| 5746 | over 1 year ago | 2023-10-19 21:08 UTC | A | Sexual Abuse |
| 5747 | over 1 year ago | 2023-10-19 21:03 UTC | A | Attempted Sexual Abuse |
| 5748 | over 1 year ago | 2023-10-19 20:47 UTC | A | Attempted Sexual Abuse |
| 5749 | over 1 year ago | 2023-10-19 19:59 UTC | A | Attempted Sexual Abuse |
| 5750 | over 1 year ago | 2023-10-19 19:57 UTC | A | Attempted Sexual Abuse |
| 5751 | over 1 year ago | 2023-10-19 18:37 UTC | A | Sexual Abuse |
| 5752 | over 1 year ago | 2023-10-19 17:28 UTC | A | Attempted Sexual Abuse |
| 5753 | over 1 year ago | 2023-10-19 16:59 UTC | A | Attempted Sexual Abuse |
| 5754 | over 1 year ago | 2023-10-19 16:41 UTC | A | Physical Injury |
| 5755 | over 1 year ago | 2023-10-19 16:07 UTC | A | Sexual Abuse |
| 5756 | over 1 year ago | 2023-10-19 15:13 UTC | A | Attempted Sexual Abuse |
| 5757 | over 1 year ago | 2023-10-19 14:51 UTC | A | Attempted Sexual Abuse |
| 5758 | over 1 year ago | 2023-10-19 14:09 UTC | A | No |
| 5759 | over 1 year ago | 2023-10-19 13:47 UTC | A | Inappropriate Touching |

**Lead Details**

| | |
|---|---|
| Date Submitted | 2023-10-20 |
| Time Submitted | 7:45:54 AM UTC |
| Variant | a |
| IP Address | 100.0.90.21 |
| Page UUID | 2bcf33d3-6412-41c8-8f1c-d42c1b4e5cfe |
| Did you or a loved one experience any of the following in an UBER or LYFT? | Sexual Abuse |
| First Name | Emily |
| Last Name | Tenan |
| Phone Number | 5088776625 |
| Email | eteran@rcn.com |
| Zip Code | 01701 |
| Please briefly describe what happened | Touching |
| cid | |
| sid | FacebookAds |
| afid | |
| mid | 20% LAL - 87 (M/F) |
| subid | AG_NEC_LAL_0818_BC 20% LAL - 87 (M/F) dca |
| gclid | |
| fbclid | IwAR105zvA1KGIV2p/DZcMx7Hh89iPGInCUEA5BQuoABIgKSlfpBjeel_sYRo_aem_AVwDuWOjEKp3fb97p |
| msclkid | |
| ttclid | |
| adset_id | 23857421694740418 |
| adset_campaign_id | 23957421267840418 |
| utm_source | facebook |
| utm_campaign | 23857421267040418 |
| utm_medium | social |
| utm_content | 23857421694740418 |

SEL0007

app.unbounce.com/3134241/pages/2bcf33d3-6412-41c8-8f1c-d42c1b4e5cfe/leads

Relaunch to update

Default Client

Traffic 14,746/200,000

## INTERNAL: Rideshare (JH) (LP 2023 Refresh) (LEAD)

https://rideshare.justicehere.com/

Edit Unpublish

Overview | Leads | Integrations | Reporting | External Data

0 of 500 selected

Download CSV

| | | | | |
|---|---|---|---|---|
| 5554 | about 1 year ago | 2023-10-29 02:23 UTC | A | No |
| 5555 | about 1 year ago | 2023-10-29 02:17 UTC | A | Physical Injury |
| 5556 | about 1 year ago | 2023-10-29 02:16 UTC | A | Sexual Abuse |
| 5557 | about 1 year ago | 2023-10-29 00:42 UTC | A | No |
| 5558 | over 1 year ago | 2023-10-28 21:12 UTC | A | Forced Kissing |
| 5559 | over 1 year ago | 2023-10-28 18:31 UTC | A | Forced Kissing |
| 5560 | over 1 year ago | 2023-10-28 16:33 UTC | A | Sexual Abuse |
| 5561 | over 1 year ago | 2023-10-28 14:29 UTC | A | Physical Injury |
| 5562 | over 1 year ago | 2023-10-28 12:04 UTC | A | Inappropriate Touching |
| 5563 | over 1 year ago | 2023-10-28 10:32 UTC | A | Inappropriate Touching |
| 5564 | over 1 year ago | 2023-10-28 05:28 UTC | A | No |
| 5565 | over 1 year ago | 2023-10-28 05:26 UTC | A | Attempted Sexual Abuse |
| 5566 | over 1 year ago | 2023-10-28 04:00 UTC | A | Attempted Sexual Abuse |
| 5567 | over 1 year ago | 2023-10-28 00:28 UTC | A | Attempted Sexual Abuse |
| 5568 | over 1 year ago | 2023-10-27 23:43 UTC | A | Inappropriate Touching |
| 5569 | over 1 year ago | 2023-10-27 23:31 UTC | A | Attempted Sexual Abuse |
| 5570 | over 1 year ago | 2023-10-27 21:29 UTC | A | Inappropriate Touching |
| 5571 | over 1 year ago | 2023-10-27 21:19 UTC | A | Sexual Abuse |
| 5572 | over 1 year ago | 2023-10-27 19:37 UTC | A | Sexual Abuse |
| 5573 | over 1 year ago | 2023-10-27 19:14 UTC | A | Attempted Sexual Abuse |
| 5574 | over 1 year ago | 2023-10-27 18:44 UTC | A | Inappropriate Touching |
| 5575 | over 1 year ago | 2023-10-27 18:15 UTC | A | No |
| 5576 | over 1 year ago | 2023-10-27 18:08 UTC | A | Sexual Abuse |
| 5577 | over 1 year ago | 2023-10-27 15:08 UTC | A | Sexual Abuse |
| 5578 | over 1 year ago | 2023-10-27 14:28 UTC | A | Attempted Sexual Abuse |
| 5579 | over 1 year ago | 2023-10-27 13:17 UTC | A | Inappropriate Touching |

### Lead Details

| | |
|---|---|
| Date Submitted | 2023-10-28 |
| Time Submitted | 9:12:42 PM UTC |
| Variant | a |
| IP Address | 100.0.90.24 |
| Page UUID | 2bcf33d3-6412-41c8-8f1c-d42c1b4e5cfe |
| Did you or a loved one experience any of the following in an UBER or LYFT? | Forced Kissing |
| First Name | Emily |
| Last Name | Teman |
| Phone Number | 5088776625 |
| Email | eteman@rxn.com |
| Zip Code | 01701 |
| Please briefly describe what happened | I didn't consent for someone to kiss me. It by unexpected. |
| cid | |
| sid | FacebookAds |
| afid | |
| msid | New Leads Ad Set |
| usid | A6_AK_INT\|New Leads Ad Set\|Ad 8 - car\|fb\|Others |
| gclid | |
| fbclid | IwAR1ZVLE7qPqH9cFLUwTWKrPUA0LIvAPaxEjBAK_CwGQ5h3vCyKH0W3-10uQ_aem_AbY5sRdKW4Us |
| msclkid | |
| tbclid | |
| adset_id | 23857186280790418 |
| adset_campaign_id | 23857185420410418 |
| utm_source | facebook |
| utm_campaign | 23857185420410418 |
| utm_medium | social |
| utm_content | 23857186280790418 |
| utm_term | 23857186280740418 |
| sia | |

SEL0008

| date_subm | time_subm | ip_address | variant | page_uuid | page_url | page_name | experience | first_name | last_name | phone_num | email | zip_code | description | cid | sid | afid | msid | usid | gclid | fbclid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ######## | 02:45 AM | U 100.0.90.2 | a | 2bcf33d3-6 | http://rides | INTERNAL: | Sexual Abu | Emily | Teman | 5.09E+09 | eteman@rc | 1701 | Touching | | FacebookAds | | 20% LAL - 8 | A6_NIC_LAL_0818_BC | | IwAR305zv/ |
| ######## | 09:12 PM | U 100.0.90.2 | a | 2bcf33d3-6 | http://rides | INTERNAL: | Forced Kiss | Emily | Teman | 5.09E+09 | eteman@rx | 1701 | I didn'€™t consent for s | | FacebookAds | | New Leads | A6_AK_INT | New Leads | IwAR1ZVLE |

SEL0009

| msclkid | tbclid | adset_id | adset_cam | utm_source | utm_campa | utm_mediu | utm_conte | utm_term | _ua | ga_id | ttclid | xxTrustedF( | xxTrustedF( | xxTrustedF( | are_you_a_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 41KGJVZp7DZcMx7Hh89iP6lnCBEA5BQuoABFgKSlfp8jem3_sYRo_aem_AVwDuWOj6Kp3( | 2.39E+16 | 2.39E+16 | facebook | 2.39E+16 | social | 2.39E+16 | 2.39E+16 | | | | | | | |
| | 7qPqH9cFLUwTWKrPUA0LlvAPaxEjBAK_CwGQ5h3vCyKH0W3-1OuQ_aem_AbY5sRdKW4 | 2.39E+16 | 2.39E+16 | facebook | 2.39E+16 | social | 2.39E+16 | 2.39E+16 | | | | https://cert | https://pinℊ | https://cert.trustedform |

SEL0010

driver

n.com/093cd600e47e78ec02a2eafde9d073daf64a05a2

SEL0011