# EXHIBIT G

# From Emily Teman's Home Telephone Bill



Service Location:
26 FRANCINE RD
FRAMINGHAM, MA 01701-7637

Page 1 of 6

Customer Name: MR GLENN TEMAN
Statement Date: 02/16/2025
Account Number:
AutoPay Charge Date: 03/08/2025

**Contact Us:**
Website: astound.com
Telephone: 1-800-746-4726
Visit: 956 Massachusetts Avenue, Arlington, MA 02476
1224 Hyde Park Avenue, Hyde Park, MA 02136
518 Union Avenue, Framingham, MA 01702

**IMPORTANT MESSAGES**



**THANK YOU!**

## USAGE

508-877-6625

| Type | Min | Amount |
|---|---|---|
| Local | 22.0 | 0.00 |
| Long Distance | 4.0 | 0.00 |
|  |  | $0.00 |

| Telephone | | |
|---|---|---|
| Subscriber Line Charge | | 8.50 |
| Federal Excise Tax | | 0.26 |
| Federal Universal Service Fund | | 0.36 |
| State Sales Tax | | 0.15 |
| State E911 Surcharge | | 1.50 |
| Regulatory Administration Fee | | 0.46 |

PL-TEMAN_000043