# EXHIBIT H

Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

   Home  My Network  Jobs  Messaging  Notifications  Me ▼  For Business ▼  Retry for $



### Emily Teman · 3rd
Freelance Writer and Editor (Retired)

- Retired



- Northeastern University

Framingham, Massachusetts, United States · **Contact info**

83 connections

Message   **+ Follow**   More

## About

Freelance writer and editor (retired) with a love of words and an eagle eye. Over 30 years of professional writing and editing experience. Available for all your writing and editing needs:
- Manuals and instruction guides
- Product and system descriptions
- Office procedures, checklists, and forms
- Charts and diagrams
- Web site text
- And more!

Let me help you:
- Put your ideas, products, and procedures into words!
- Catch your errors before your customers do...

Reasonable and negotiable rates - ideal for small businesses. Contact me at 508-877-6625 or eteman@rcn.com for information about how I can help with your projects. I look forward to working with you!

## Activity
84 followers

**Emily hasn't posted yet**
Recent posts Emily shares will be displayed here.

Show all activity →

## Experience

**Freelance Writer and Editor (Retired)**
Retired
Apr 2012 - Present · 13 yrs 3 mos
Home Office

Emails aren't getting through to one of your email addresses. Please update or confirm your email. More info

### Legal Assistant
Ellen Glickman-Simon, Esq.
Jul 2003 - Apr 2012 · 8 yrs 10 mos
Sudbury, MA

• Designed and wrote manuals and instruction guides for all office and computer procedures....



### Software Technical Writer
Evans Griffiths & Hart, Inc.
Apr 1981 - Dec 2002 · 21 yrs 9 mos
Lexington, MA

• Designed, wrote, and maintained user manuals for telecommunications industry software....

### Senior Software Technical Writer
IDX Systems
Mar 1983 - Jun 1986 · 3 yrs 4 mos
Boston, MA

• Designed, wrote, and maintained documentation for 14 major medical software applications (and many other minor applications), systems...

### 8th Grade Earth Science Teacher
Beverly, MA Public Schools
Sep 1977 - Apr 1981 · 3 yrs 8 mos
Beverly, MA

• Elected to tenure.
• Designed and wrote "From Atoms to Black Holes - Basic Concepts in Eart...

## Education



**Northeastern University**
Certificate, Software Technical Writing
1984 - 1985



**Boston University**
B.A., Physical Geography (Earth Science); Secondary Science Education (Teaching Certificate)
1973 - 1977

Magna cum laude
College Prize for Excellence in Geography

## Licenses & certifications

**Certificate in Software Technical Writing**

## Skills

**Writing**

  5 endorsements

**Editing**

  5 endorsements

Show all 30 skills →

🚫 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

**Nothing to see for now**
Recommendations that Emily receives will appear here.

## Interests

**Companies**



Writing
1,990,828 followers

\+ Follow

Proofreading
338,206 followers

\+ Follow

Show all companies →



Ad ···
ZipRecruiter is the smartest way to hire.

Hiring? Find great talent today.

Post Jobs for Free

**More profiles for you**



Karen Dollard · 3rd
Retired Sr. Division Order Analyst

Message



Emily B. Hurd · 3rd
Office Manager at Dental Practice, Retired

Message



Dolores Dunstan · 3rd+
--

Message



Dolores Hans · 3rd+
--

Message



Jo Ann Timberlake · 3rd
Retired

Message

Show all

🚫 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

**Tim Zehnder** 🔗 · 2nd
Shareholder (Executive Compensation & Employee Benefits) at Hill Ward Henderson

👤+ Connect

**Rob Ferrier** 🔗 · 3rd
Partner at Lewis Brisbois

✈ Message

**Kathryn Mims** 🔗 · 3rd
Antitrust / Competition Partner at White & Case LLP

✈ Message

**James R. Williams Jr.** 🔗 · 3rd
Shareholder at Gunster

✈ Message

### People you may know
From Emily's school

**Lisa M. Cukier** 🔗
Attorney | Family Trust & Family Business Disputes | Concierge Trusteeship, Private Wealth Conservatorship & Guardianship | High Asset Divorce |...

👤+ Connect

**Brett Saide, CFP®, CMFC®, CLTC®**
Financial Advisor | WELLS FINANCIAL PARTNERS, LLC.

👤+ Connect

**Anne Canfield**
Associate General Counsel at Takeda Pharmaceuticals

👤+ Connect

**Marc Schulze**
CEO- SCHULZE LAW

👤+ Connect

**Leslie Becker Wilson** ✅
Director of Legal Career Services & Alumni Relations at UMass School of Law

👤+ Connect

Show all

Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**