— **EXHIBIT A** —

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SELECT JUSTICE, LLC**,<br><br>Defendant. | No. 1:24-cv-12656-LTS |

### DECLARATION OF EMILY TEMAN

I, Emily Teman, hereby declare and state as follows:

1. I am the Plaintiff in the above captioned case. I have personal knowledge of the information set forth herein and, if called upon, I am competent to testify to the contents of this declaration.

2. I am submitting this declaration in support of Plaintiff's Opposition to Defendant's Cross-Motion to Stay Discovery Pending Summary Judgment and Supplemental Brief and Reply in Support of Plaintiff's Motion to Compel.

3. My home telephone number is (508) 877-6625. This is a landline at my home address, which is used for personal residential purposes only.

4. While the telephone bill is in my husband's name, we have been married since 1977 and everything we own is shared and paid for jointly, including the telephone in our jointly-owned home. My daughter, Ms. Sibulesky, has not lived with us for over ten years.

5. I personally listed my home telephone number on the National Do Not Call Registry on August 16, 2003.

6. I never contacted Select Justice about rideshare litigation, or any litigation. I have never even used a rideshare service, much less been assaulted in one. Despite this, I received several calls from Select Justice over several months. Some of these calls were from (413) 343-4738.

7. I alleged in the complaint that Select Justice also called me from (281) 402-3278, (877)-324-2518, and (855) 216-5126. Until my counsel received subpoena results from Intake Desk, I did not realize that Intake Desk and Select Justice both separately spammed my landline and urged me to join various lawsuits during the same time period.

8. I spoke with my daughter, Ms. Sibulesky, who expressly denies providing my information to Select Justice through its Facebook advertisements or otherwise. If someone did in fact provide my contact information to Select Justice, my daughter has no reason to know who did.

9. I also confirmed that my daughter has not posted anything on Facebook for years and only used it to view posts from our family once or twice in the last couple years.

10. My landline is not associated with any business or used for business purposes. While over 10 years ago I offered freelance writing and editing on my LinkedIn page, and said "contact me at" the phone number at issue here, I never started a freelance writing and editing business, received calls from potential clients, or called potential clients to market any services. Therefore, I did not use my telephone number for business purposes in the past, and I do not use it for business purposes now. Indeed, I have never received reimbursement from any business for the use of this number, and I have never taken any tax deductions for any business-related uses of this number. My telephone number has never been registered with a telephone company as a business line.

Executed on June 18, 2025.

/s/ *Emily Teman*
Emily Teman

Doc ID: 45446552c08f4ecff0381b48592bb14c72bc2984