— **EXHIBIT C** —

Inbox / View All

# History for 282483 - Emily Teman

**Results** | Filter

**8 total records**

15 per page — 1 of 1

| Lead Id | User Id | Status | Comment Type | Message | Created At | Actions |
|---|---|---|---|---|---|---|
| 282483 - Emily Teman | | Spoke with via phone | phone | Call received from (508) 877-6625 and lasted for 11 seconds. | 10-24-23 1:40 pm | 🔍 |
| 282483 - Emily Teman | | Call Missed | phone | Missed call from (508) 877-6625 at 10/24/2023 @ 01:40 pm | 10-24-23 1:40 pm | 🔍 |
| 282483 - Emily Teman | Maria Accorinti | Spoke with via phone | phone | Call placed and lasted for 1 minute. | 10-24-23 6:55 am | 🔍 |
| 282483 - Emily Teman | Maria Accorinti | Spoke with via phone | phone | Call placed and lasted for 1 minute. | 10-24-23 6:53 am | 🔍 |
| 282483 - Emily Teman | Maria Accorinti | Spoke with via phone | phone | Call placed and lasted for 1 minute. | 10-23-23 6:27 am | 🔍 |
| 282483 - Emily Teman | Maria Accorinti | Spoke with via phone | phone | Call placed and lasted for 1 minute. | 10-23-23 6:26 am | 🔍 |
| 282483 - Emily Teman | Maria Accorinti | Spoke with via phone | phone | Call placed and lasted for 14 seconds. | 10-20-23 8:52 am | 🔍 |
| 282483 - Emily Teman | Maria Accorinti | Spoke with via phone | phone | Call placed and lasted for 1 minute. | 10-20-23 8:52 am | 🔍 |

Displaying 8 of **8** results found.

15 per page — 1 of 1

SEL0001