IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Michael K. Lane, hereby enters his appearance as counsel to Defendant Select Justice, LLC in the above-referenced matter.

Dated: July 14, 2025

                                                               Respectfully Submitted,

                                                               **SELECT JUSTICE, LLC,**

                                                               By its Attorney,

                                                               */s/ Michael K. Lane*
                                                               Michael K. Lane (BBO# 673501)
                                                               Womble Bond Dickinson (US) LLP
                                                               470 Atlantic Avenue, Suite 600
                                                               Boston, MA 02210
                                                               (857) 287-3160
                                                               michael.lane@wbd-us.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on July 14, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Michael K. Lane