# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SELECT JUSTICE, LLC,<br><br>        Defendant. | Civ. No. 1:24-cv-12656-LTS |

**DECLARATION OF TOMIO NARITA IN
SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

I, Tomio Narita, pursuant to 28 U.S.C. § 1746(2) hereby declare the following:

1.      I am a partner with the law firm of Womble Bond Dickinson (US) LLP. I represent Defendant, Select Justice, LLC, in the above-captioned matter in conjunction with Michael Lane, a member of the bar of this Court.

2.      I submit this declaration in support of Defendant's Motion for Leave to Appear Pro Hac Vice and for me to appear before this Court in this matter pursuant to Local Rule 85.5.3.

3.      Attorney Lane has entered his appearance in this proceeding by filing his notice of appearance on July 14, 2025 (ECF No. 45).

4.      I am in good standing in every jurisdiction in which I am a member of the bar.

5.      I am not subject to any disciplinary proceedings in any jurisdiction in which I am a member of the bar.

6.      I have not previously had any admission *pro hac vice* to this Court (or admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. The requisite fee for my admission *pro hac vice* is being submitted to the Clerk's office simultaneously with the filing of the motion for me to appear *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 14, 2025 in San Francisco, California.

       */s/ Tomio Narita*
       Tomio Narita, Esq.