IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

**DEFENDANT'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

COMES NOW Defendant, Select Justice, LLC ("Defendant"), by and through its undersigned attorneys and pursuant to Local Rule 83.5.3, and moves the Court for leave to allow Jeffrey Topor ("Mr. Topor") to appear before this Court *pro hac vice*. In support of this motion, Defendant submits the following:

1. Defendant is represented by Michael Lane ("Attorney Lane"), a member of the bar of this Court.

2. Attorney Lane has entered his appearance in this proceeding. (ECF No. 45).

3. Attorney Jeffrey Topor is a partner in Mr. Lane's law firm, Womble Bond Dickinson (US) LLP.

4. Mr. Topor is in good standing in every jurisdiction in which he is a member of the bar.

5. Mr. Topor is not subject to any disciplinary proceedings in any jurisdiction in which he is a member of the bar.

6. Mr. Topor has not previously had his admission *pro hac vice* to this Court (or admission for a limited purpose) revoked for misconduct.

7. Mr. Topor has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. A declaration from Mr. Topor accompanies this filing as <u>Exhibit A</u>.

9. The requisite fee for Mr. Topor's admission *pro hac vice* is being submitted to the Clerk's office simultaneously with the filing of this motion.

WHEREFORE, Defendant requests leave for Mr. Topor to appear *pro hac vice* in this matter.

Dated: July 14, 2025

Respectfully Submitted,

**SELECT JUSTICE, LLC**

By its Attorney,

<u>/s/ Michael K. Lane</u>
Michael K. Lane, BBO# 673501
Womble Bond Dickinson (US) LLP
470 Atlantic Avenue, Suite 600
Boston, MA 02210
(857) 287-3160
michael.lane@wbd-us.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on July 14, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    */s/ Michael K. Lane*