IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Jeffrey A. Topor, hereby enters his appearance as counsel to Defendant Select Justice, LLC in the above-referenced matter.

Dated: July 15, 2025

Respectfully Submitted,

**SELECT JUSTICE, LLC**

By its Attorney,

*/s/ Jeffrey A. Topor*
Jeffrey A. Topor (admitted *pro hac vice*)
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Jeff.topor@wbd-us.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on July 15, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jeffrey A. Topor*