IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Tomio Narita, hereby enters his appearance as counsel to Defendant Select Justice, LLC in the above-referenced matter.

Dated: July 15, 2025

                                          Respectfully Submitted,

                                          **SELECT JUSTICE, LLC**

                                          By its Attorney,

                                          */s/ Tomio Narita*
                                          Tomio Narita (admitted *pro hac vice*)
                                          Womble Bond Dickinson (US) LLP
                                          50 California Street, Suite 2750
                                          San Francisco, CA 94111
                                          Telephone: (415) 433-1900
                                          Facsimile: (415) 433-5530
                                          tomio.narita@wbd-us.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed on July 15, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Tomio Narita*