IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

**JOINT MOTION TO CONTINUE CURRENT DEADLINES PENDING RESOLUTION OF OUTSTANDING MOTIONS**

Plaintiff, Emily Teman ("Plaintiff") and Defendant, Select Justice, LLC ("Defendant"), respectfully request that the Court enter an Order continuing the current deadlines in the matter pending resolution of Plaintiff's Motion to Compel and Defendant's Cross Motion to Stay Discovery Pending Summary Judgment, both of which are currently pending before the Court. The deadlines at issue are set forth below. As grounds for their motion, the Parties state as follows:

The underlying matter arises out of Plaintiff's claims under the Telephone Consumer Protection Act ("TCPA"). Plaintiff claims that Defendant placed calls to her telephone number while it was registered on the National Do Not Call Registry. *See* Dkt. No. 1. On December 11, 2024, the Court approved the parties' jointly proposed schedule. *See* Dkt. No. 18. As pertinent here, the remaining dates are as follows:

| | |
|---|---|
| July 20, 2025: | Defendant's rebuttal expert witness reports due |
| August 3, 2025: | Reply expert reports due |
| August 10, 2025: | Deadline to complete discovery |
| August 17, 2025: | Plaintiff's motion for class certification due |

*Id.* Additionally, Defendant recently retained new counsel, who are currently familiarizing themselves with the matter and appeared in the action this week. *See* Dkt. Nos. 45-48.

The Parties are currently engaged in a dispute regarding the production of class discovery, as well as the propriety of Plaintiff's class discovery requests. Plaintiff has filed a Motion to Compel further responses with respect to her class discovery requests. *See* Dkt. No. 31. Defendant has opposed that motion and also filed a Cross Motion for to Stay Discovery Pending Summary Judgment. *See* Dkt. No. 34. The parties have filed their various supplemental briefs, oppositions, and replies in connection with the Motion to Compel and Cross Motion to Stay Discovery Pending Summary Judgment. *See* Dkt. Nos. 39, 40, 44 (collectively, "Motions"). While the Court considers the parties' motions, the parties seek to avoid risking waiver of any rights under the current operative deadlines established by the Court.

Accordingly, and in light of the relief requested in the pending Motions, the parties jointly request that the Court issue an Order continuing all remaining deadlines by approximately 120 days, as follows:

| | |
|---|---|
| November 17, 2025: | Defendant's rebuttal expert witness reports due |
| December 8, 2025: | Reply expert reports due |
| December 22, 2025: | Deadline to complete discovery |
| January 19, 2026: | Plaintiff's motion for class certification due |
| February 16, 2026: | Defendant's opposition to class certification due |
| March 2, 2026: | Plaintiff's reply in support of class certification due |

If Defendant's Cross Motion is granted, discovery will be stayed in its entirety pending submission of Defendant's summary judgment. If Defendant's Cross Motion is denied, or if

Plaintiff's Motion to Compel is granted, discovery (potentially including class discovery) will be allowed to proceed, consistent with the parties' proposed new dates.

Courts can modify a scheduling order for "good cause." *See* Fed. R. Civ. P. 16(b)(4). Good cause exists here, given the pending, unresolved motions bearing on the propriety and scope of discovery, as well as the fact that Defendant recently retained new counsel, who are currently familiarizing themselves with the case. Accordingly, the parties respectfully and jointly request the Court enter an Order continuing the remaining deadlines pending resolution of Plaintiff's Motion to Compel and Defendant's Cross Motion to Stay Discovery Pending Summary Judgment.

Dated: July 18, 2025

Respectfully Submitted,

**SELECT JUSTICE, LLC**

By its Attorney,

*/s/ Jeffrey A. Topor*
Jeffrey A. Topor (admitted *pro hac vice*)
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Jeff.topor@wbd-us.com

## RULE 7.1 (a)(2) CERTIFICATE

I, Jeffrey A. Topor, hereby certify that I conferred with opposing counsel in advance of filing the underlying motion, and the parties are filing the motion in a joint capacity.

*/s/ Jeffrey A. Topor*
Jeffrey A. Topor

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on July 18, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jeffrey A. Topor*