IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Michelle Catapang, hereby enters her appearance as counsel to Defendant Select Justice, LLC in the above-referenced matter.

Dated: July 21, 2025

        Respectfully Submitted,

        **SELECT JUSTICE, LLC**

        By its Attorney,

        */s/ Michelle Catapang*
        Michelle Catapang (admitted *pro hac vice*)
        Womble Bond Dickinson (US) LLP
        50 California Street, Suite 2750
        San Francisco, CA 94111
        Telephone: (415) 433-1900
        Facsimile: (415) 433-5530
        michelle.catapang@wbd-us.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on July 21, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michelle Catapang*