**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **EMILY TEMAN,** individually and on behalf of all others similarly situated, | Case No. 1:24-cv-12656-LTS |
| *Plaintiff,* | **CLASS ACTION** |
| | **JURY TRIAL DEMANDED** |
| *v.* | |
| **SELECT JUSTICE, LLC,** | |
| *Defendant.* | |

<u>**JOINT STATUS REPORT**</u>

The parties, Select Justice, LLC ("Defendant") and Emily Teman, individually and on behalf of all others similarly situated ("Plaintiff"), jointly submit this status report in response to this Court's September 25, 2025 Order (the "Order"). DE 59.

1. On April 14, 2025, Plaintiff filed her motion to compel regarding her second set of written discovery requests, which were directed to discovery relating to class certification. DE 31.

2. On May 12, 2025, Defendant filed its opposition to Plaintiff's motion to compel and cross-motion to stay class certification discovery. DE 34.

3. The parties subsequently filed supplemental memoranda supporting their respective positions. *See* DE 39, 40, 44.

4. Successor counsel appeared on Defendant's behalf on July 14, 2025. DE 45.

5. On September 15, 2025, Defendant served supplemental responses to Plaintiff's second set of written discovery and is in the process of collecting and compiling

responsive documents relating to its supplemental responses to Plaintiff's second set of written discovery.

6. That day, the parties conferred regarding whether Defendant's supplemental responses and forthcoming production of responsive documents mooted, in whole or in part, the competing issues raised in the parties' pending discovery motions and the parties thereafter exchanged numerous correspondence on that topic following their telephonic conference.

7. On September 25, 2025, this Court issued its Order, denying Defendant's cross-motion to stay class certification discovery and keeping Plaintiff's motion to compel under advisement while directing the parties to further confer.

8. On October 6, 2025, the parties conferred telephonically regarding any remaining issues raised in Plaintiff's motion to compel, and Defendant confirmed resolution of the deposition dispute with the parties working cooperatively to determine an appropriate date for the Rule 30(b)(1) deposition.

9. The parties also conferred at that time regarding Defendant's supplemental discovery responses and objections, and the proposed narrowing of the scope of the documents to be produced.

10. The parties require additional time to potentially resolve that remaining issue, but during the parties' telephonic conference, Plaintiff also raised another potential discovery issue not currently before the Court.

11. In order to preserve party and judicial resources and efficiently promote the goals embodied by Rule 1 of the Federal Rules of Civil Procedure, the parties jointly request that the Court continue to hold Plaintiff's motion to compel

under advisement and schedule a status conference in 30 days, or such time as

is convenient for the Court, in order to address any remaining issues.

12. The Parties propose submitting letter briefs, not to exceed 2 pages in length, 3

days in advance of such status conference.

**WHEREFORE**, the parties respectfully request that the Court continue to hold Plaintiff's

motion to compel under advisement and schedule a status conference in 30 days, or at such time

as is convenient for the Court.

Dated: October 9, 2025

Respectfully submitted,

**EMILY TEMAN, individually and on behalf of all others similarly situated,**
By her counsel,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

**SELECT JUSTICE, LLC,**
By its counsel,

*/s/ Michael K. Lane*
Michael K. Lane, BBO# 673501
Womble Bond Dickinson (US) LLP
470 Atlantic Avenue, Suite 600
Boston, MA 02210
(857) 287-3160
michael.lane@wbd-us.com

Jeffrey A. Topor (admitted *pro hac vice*)
Tomio B. Narita (admitted *pro hac vice*)
Michelle Catapang (admitted *pro hac vice*)
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Jeff.Topor@wbd-us.com
Tomio.Narita@wbd-us.com
Michelle.Catapang@wbd-us.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed on October 9, 2025 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


<u>/s/ Michael K. Lane</u>