IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**SELECT JUSTICE, LLC,**<br><br>*Defendant.* | Case No. 1:24-cv-12656-LTS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S ASSENTED-TO MOTION TO RESCHEDULE THE NOVEMBER 18, 2025 STATUS CONFERENCE

Defendant, Select Justice, LLC ("Defendant") moves, with Plaintiff's assent, to reschedule the status conference currently set for November 18, 2025. In support, Defendant states as follows:

1. On September 25, 2025, the Court issued an Order on Plaintiff's Motion to Compel and Defendant's Cross-Motion to Stay Class Discovery and requested the parties to file a joint status report concerning their ongoing efforts to resolve pending discovery issues.

2. On October 9, 2025, the parties filed a joint status report and requested a status conference be scheduled to facilitate resolution of any remaining discovery disputes.

3. Thereafter, the Court scheduled a status conference for November 18, 2025.

4. Defense counsel has an unavoidable scheduling conflict on November 18 and has conferred with Plaintiff's counsel regarding other available dates for the status conference.

5. Defense and Plaintiff's counsel are available to appear for a status conference on November 17 or 21, or such other time as is convenient for the Court.

**WHEREFORE**, Defendant requests that the Court reschedule the November 18, 2025 status conference for November 17, November 21, or such other time as is convenient for the Court.

Dated: October 30, 2025

Respectfully submitted,

**SELECT JUSTICE, LLC,**
By its counsel,

*/s/ Michael K. Lane*
Michael K. Lane, BBO# 673501
Womble Bond Dickinson (US) LLP
470 Atlantic Avenue, Suite 600
Boston, MA 02210
(857) 287-3160
michael.lane@wbd-us.com

Jeffrey A. Topor (admitted pro hac vice)
Tomio B. Narita (admitted pro hac vice)
Michelle Catapang (admitted pro hac vice)
Womble Bond Dickinson (US) LLP
50 California Street Suite 2750
San Francisco, CA 94111
Jeff.Topor@wbd-us.Com
Tomio.Narita@wbd-us.Com
Michelle.Catapang@wbd-us.Com

## CERTIFICATE OF SERVICE

I, Michael K. Lane, hereby certify that on this 30th day of October, 2025, I caused the foregoing pleading to be served upon the following known counsel by email, and through the Court's CM/ECF notification system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA
anthony@paronichlaw.com

                                                              */s/ Michael K. Lane*
                                                              Michael K. Lane, BBO# 673501