UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SELECT JUSTICE, LLC**,<br><br>　　　　　　　　　Defendant. | No. 1:24-cv-12656-LTS |

# EMILY TEMAN AND HER NON-PARTY FAMILY MEMBERS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR A PROTECTIVE ORDER

　　　　Pursuant to Fed. R. Civ. P. 45(d)(3), Plaintiff's non-party family members, including Glenn Teman, Stacey Sibulesky, Daniel Sibulesky, Kerry Tamm, and Terence Tamm move the Court to quash their deposition notices, as they lack any verified connection to this case, and to order the parties to complete discovery on how Select Justice obtained the consent form. To the extent the subpoenas are not quashed in their entirety, all family members request that this Court quash Document Request Numbers 10 and 11 as irrelevant, overbroad, and invasive. Plaintiff and Mr. Teman (Ms. Teman's husband) also request that their depositions be taken back-to-back on the same day via videoconference or in person in Framingham, MA, and that Mr. Teman's deposition be limited to two hours. Finally, Plaintiff's family members move the Court to enter a Protective Order pursuant to Fed. R. Civ. P. 26(c) and for fees and costs pursuant to Fed. R. Civ. P. 26, 37, and 45. In support, Plaintiff attaches a Memorandum and Exhibits A through H.

　　　　　　　　　*[Counsel signature block to follow on next page.]*

1

Dated: November 13, 2025      By:   */s/ Alex Phillips*
                                           Alex Phillips (*pro hac vice*)
                                           Samuel J. Strauss *(pro hac vice)*
                                           **STRAUSS BORRELLI PLLC**
                                           One Magnificent Mile
                                           980 N Michigan Avenue, Suite 1610
                                           Chicago IL, 60611
                                           Telephone: (872) 263-1100
                                           Facsimile: (872) 263-1109
                                           aphillips@straussborrelli.com
                                           sam@straussborrelli.com

                                           Anthony I. Paronich
                                           **PARONICH LAW, P.C.**
                                           350 Lincoln Street, Suite 2400
                                           Hingham, MA 02043
                                           Telephone: (508) 221-1510
                                           Email: anthony@paronichlaw.com

                                           *Attorneys for Plaintiff*

## **LOCAL RULE 7.1 CERTIFICATE**

I hereby certify pursuant to Local Rule 7.1(a)(2) that Plaintiff's counsel conferred with counsel for Defendant by vide conference and e-mail before filing the foregoing motion to attempt in good faith to resolve or narrow the issues.

*/s/ Alex Phillips*
Alex Phillips

## LOCAL RULE 37.1 CERTIFICATE

I hereby certify pursuant to Local Rule 37.1(b) that Plaintiff's counsel conferred with counsel for Defendant by videoconference before filing the foregoing motion. The discovery conference occurred via Microsoft Teams on October 14, 2025. For the Plaintiff, those present included Attorneys Alex Phillips and Carly Roman from Strauss Borrelli PLLC. For the Defendant, those present included Attorney Michael Lane and Tomio Narita. As detailed in the Memorandum, the Parties continued to confer by email. Despite conferring in good faith, the Parties were unable to narrow the areas of disagreement.

*/s/ Alex Phillips*
Alex Phillips

**CERTIFICATE OF SERVICE**

  I hereby certify that, on November 13, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Alex Phillips*
Alex Phillips
