# — EXHIBIT  B —





SEL0007



SEL0008