— **EXHIBIT C** —

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

### NON-PARTY LEADCLIENT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUBPOENA *DUCES TECUM*

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party LeadClient, Inc. ("LeadClient"), by and through its attorneys, hereby responds and objects to the subpoena duces tecum served by Plaintiff Emily Teman ("Plaintiff") on LeadClient (the "Subpoena").

### PRELIMINARY STATEMENT

The following responses reflect LeadClient's present knowledge, information, and belief and may be subject to change or modification based on LeadClient's further discovery, or on facts or circumstances that may come to LeadClient's knowledge or attention in the future. The below responses are given without prejudice to their revision or supplementation upon further discovery or investigation and shall not be deemed to constitute admissions that any statement or characterization is complete. LeadClient reserves the right to update, amend, or supplement these responses to include additional information that is obtained during discovery or investigation. However, LeadClient undertakes no obligation to supplement, amend, or modify its responses except as required by the Federal Rules of Civil Procedure.

WBD (US) 4901-4673-4455

**SPECIFIC RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS**

**Request**:

Documents, communications, and materials from January 1, 2023, to the present, which identify any third-party vendors, contractors, affiliates, or entities that were engaged by or on behalf of Select Justice, LLC, or any of its agents, to source, identify, acquire, purchase, generate, or provide consumer leads or contact information for potential clients of Select Justice. For purposes of clarity, this request specifically seeks identification and documentation of any entity involved in the generation, sourcing, sale, or provision of leads to Select Justice, LLC, whether or not that entity directly placed calls.

**Response**:

LeadClient objects to the Subpoena on the grounds that it seeks information which would be in the possession, custody, or control of Defendant Select Justice, LLC ("Select Justice"), to the extent such information exists, and is more appropriately sought from Select Justice pursuant to Rule 34 of the Federal Rules of Civil Procedure. *See Ponder v. Ocwen Loan Servicing, LLC,* 19-mc-91215-ADB, 2019 U.S. Dist. LEXIS 87616, at **5-6 (D. Mass. May 24, 2019) ("Courts have recognized that if 'material sought by subpoena is readily available' to a party in the action, as it likely is here, then 'obtaining it through subpoena on a nonparty often will create an undue burden'"). LeadClient further objects to the Subpoena on the grounds it is vague, overbroad, unduly burdensome, and not proportional to the needs of the case because it seeks information unrelated to the subject matter of this action. In particular, the Subpoena requests information wholly unrelated to any telemarketing calls placed by or on behalf of Select Justice to numbers listed on the National Do Not Call Registry. LeadClient further objects to the Subpoena to the extent it seeks information previously provided to Plaintiff by Select Justice. LeadClient further

2

objects to this Request to the extent it seeks information that is protected by the trade secret doctrine, attorney-client privilege, attorney work product immunity, or any other applicable privilege or immunity.

Dated: November 5, 2025

        Respectfully Submitted,

        */s/ Michael K. Lane*
        Michael K. Lane
        Womble Bond Dickinson (US) LLP
        470 Atlantic Avenue, Suite 600
        Boston, MA 02210
        Telephone: (857) 287-3160
        Michael.Lane@wbd-us.com

*Emily Teman v. Select Justice, LLC*
USDC, District of Massachusetts, Case No.: 1:24-cv-12656-LTS

## PROOF OF SERVICE

I, the undersigned, declare:

At the time of service, I was over 18 years of age and not a party to this action. My business address is Womble Bond Dickinson (US) LLP, 50 California Street, Suite 2750, San Francisco, CA 94111. On November 7, 2025, I served the following document(s):

**NON-PARTY LEADCLIENT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUBPOENA DUCES TECUM**

I served the document(s) on the person(s) below, as follows:

| | |
|---|---|
| Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: *Anthony@paronichlaw.com*<br><br>**Counsel for Plaintiff** | Alex Phillips<br>Samuel J. Strauss<br>STRAUSS BORRELLI PLLC<br>980 N Michigan Ave. Suite 1610<br>Chicago, IL 60611<br>Email: *Aphillips@straussborrelli.com*<br>*Sam@straussborrelli.com*<br><br>**Counsel for Plaintiff** |

The document(s) were served by the following means:

[x]   BY ELECTRONIC MAIL: I caused true and correct copies of the above document(s) to be sent electronically, either directly to the email addresses listed above OR through First Legal or another approved vendor of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 7, 2025, at Modesto, California.

_____
*Rosana M. Klingerman, ACP®, CCP®*
Advanced Certified Paralegal