— **EXHIBIT G** —

| | |
|---|---|
| **From:** | Lane, Michael |
| **To:** | Carly Roman; Narita, Tomio |
| **Cc:** | TCPA Team; Anthony Paronich; Topor, Jeff; Catapang, Michelle |
| **Subject:** | RE: Teman v Select Justice - meet and confer re depositions |
| **Date:** | Friday, November 7, 2025 11:33:10 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Carly,

Your understanding is correct.

Thank you

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Friday, November 7, 2025 9:37 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

External (croman@straussborrelli.com)

Report This Email  FAQ

Hi Michael,

Just following up on the below email. If I don't hear back from you tomorrow, I will assume you expect Mr. Teman's deposition, and all depositions, to take place in Boston, and that declarations from the family are not acceptable substitute.

Thanks,



**Carly Roman** *She/Her*
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611

**P:** 872.263.1100     **F:** 872.263.1109
**E:** croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by

replying to this message and then deleting this message from your computer.

---

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Wednesday, November 5, 2025 2:08 PM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Thanks Michael. I had also requested that Mr. Teman's deposition take place by videoconference or in Framingham, and you respond only that Ms. Teman must appear in person in Boston. **Can you please clarify if you are also requiring Mr. Teman to appear in Boston? And for that matter, all subpoenaed family members?**

Also, your response references the declaration Ms. Teman previously submitted to the court and our offer to provide the Facebook activity reports, but we have also offered to provide declarations from the family members including from Mr. and Mrs. Sibuleksy and Mr. and Mrs. Tamm, confirming that they do not have access to their mother's Facebook, and did not provide consent to be contacted about the Rideshare Assault Campaign through Facebook or otherwise. **Can you please let me know whether these declarations will be an acceptable substitute for the depositions of Mr. and Mrs. Sibulesky and Mr. and Mrs. Tamm?**

Based on our videoconference call and the below exchange, I suspect I know what your response will be, and I agree that we have probable reached an impasse, but I don't want to make any incorrect assumptions, so please confirm.

Best,



**Carly Roman** She/Her
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P:** 872.263.1100     **F:** 872.263.1109
**E:** croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Tuesday, November 4, 2025 1:27 PM
**To:** Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Carly,

As I mentioned in my October 21 email, with respect to Ms. Teman's deposition, we are willing to work to accommodate scheduling, but we will require her to appear for her deposition at our Boston office, which is less than 22 miles from her home. We understand that, like nearly every plaintiff, she has professional and personal obligations which make spending a good chunk of a day in a deposition inconvenient, but she is the plaintiff and needs to accommodate her discovery obligations as well. As you suggested previously that Glen could watch the children during her deposition, we are happy to schedule his deposition for a different day so that one of them is always available to attend to their childcare duties.

As for the third party subpoenas, we have explained why we believe they are warranted in this particular case given the two separate forms submitted from a device at Ms. Sibulesky's IP address to our client requesting to be contacted. As I previously explained, we do not believe that a Facebook activity report is an acceptable substitute for our asking questions of the witnesses, nor is Ms. Teman's affidavit stating that she already asked Ms. Sibulesky if she was involved. If the family members do not have any relevant information, then the depositions will obviously be quite short, but we need the opportunity to explore what relevant information they may possess.

If you believe a further conference on these issues would be productive, we are happy to make ourselves available, but we suspect we have reached an impasse.

Thank you

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Monday, November 3, 2025 9:39 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

External (croman@straussborrelli.com)

Report This Email  FAQ

Good morning,

Have you had time to consider the issues I raised in the 10/24 email? Please let me know your response so we can consider next steps. Thank you.



The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Thursday, October 30, 2025 12:22 PM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

This is fine.



The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Thursday, October 30, 2025 12:16 PM
**To:** Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>;