— **EXHIBIT H** —

| | |
|---|---|
| **From:** | Lane, Michael |
| **To:** | Carly Roman; Sam Strauss; Narita, Tomio |
| **Cc:** | TCPA Team; Anthony Paronich; Topor, Jeff; Catapang, Michelle |
| **Subject:** | RE: Teman v Select Justice - meet and confer re depositions |
| **Date:** | Wednesday, November 12, 2025 9:37:58 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Carly,

I did not confirm on Friday because I was driving to a funeral out of state. As for next week, we plan to proceed with Stacy and Dan on 11/19, Emily and Glenn on 11/20, and Terance and Kerry 11/21. If that is not agreeable, either provide us with dates that all deponents are willing to appear or you should file a motion to quash and we can respond and let the court decide the issue.

Thank you

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Wednesday, November 12, 2025 10:21 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Sam Strauss <sam@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

> External (croman@straussborrelli.com)
>
> Report This Email   FAQ

Michael, can you please let us know within the next hour? We really do need to let our client and her family know what the plan is.



**Carly Roman** *She/Her*
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P**: 872.263.1100     **F**: 872.263.1109
**E**: croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Wednesday, November 12, 2025 8:50 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Sam Strauss <sam@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Michael, on Nov. 7, after you acknowledged we had reached an impasse on the other issues, I tried to "at least lock in the date of Nov. 20, 2025, for Mr. and Ms. Teman's deposition" because we had always agreed to produce Plaintiff and her husband. Even then you did not suggest you wanted to proceed with all depositions, or none. Rather, in response you stated, "I believe that works but let me confirm on Monday." You did not confirm on Monday, and instead Sam followed up with you on Tuesday while I was out on Veterans Day.

Tuesday was the first time you indicated all the depositions must proceed next week, or none of them. Again, we are willing to produce Mr. and Ms. Teman on the noticed deposition date, but not her children and their spouses. Next week works for Plaintiff and her husband. Please let me know if you intend to move forward with Ms. Teman and her husband's deposition on November 20, the date you selected.



**Carly Roman** She/Her
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P:** 872.263.1100    **F:** 872.263.1109
**E:** croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Wednesday, November 12, 2025 8:42 AM
**To:** Carly Roman <croman@straussborrelli.com>; Sam Strauss <sam@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>

**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Carly,

We have always maintained the position that we intend to proceed with all of the depositions and intend to conduct them in Boston, so I do not understand your accusations that we have changed our position. We are happy to coordinate scheduling, and if the dates that we noticed do not work, we can reschedule, but we have team members that have to fly in from out of state and want to proceed with the depositions in an efficient manner by conducting them all within the same week. If next week works and everyone has arranged their schedules, lets proceed. If not, lets us know other dates that are acceptable.

Thanks

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Wednesday, November 12, 2025 9:30 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Sam Strauss <sam@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

> External (croman@straussborrelli.com)
>
> Report This Email  FAQ

Michael, from our first meeting on October 14, 2025, we agreed that Ms. Teman and her husband would appear for deposition the week of November 20. We also made clear that serving deposition notices on Ms. Teman's children and their spouses was entirely unwarranted, as nothing in this TCPA case justifies that level of intrusion into her family's private life. Our position has not changed. You never stated that the depositions were conditional on all proceeding on the specific dates you selected, and that otherwise none would go forward.

Now, only a week before the scheduled date, you have abruptly changed your position despite knowing that requiring the Temans to appear in person in Boston was exceptionally burdensome because the Temans care for their grandchildren during the week. Because the Temans relied on your selected deposition date, their children have had to rearrange childcare and other professional commitments. Again, you did not even suggest that all depositions must occur on your selected dates, or none would proceed at all. And we were very clear from the start that Ms. Teman and her husband would appear for deposition the week of Nov. 20, but

that the allegations in this TCPA case simply do not justify depositions for her children and spouses. This was discussed in our videoconference on October 14, and is reflected in continued email correspondence (see emails dated 10/14, 10/27, 11/5, 11/7). Our position has remained consistent. On the other hand, Select Justice's handling of these depositions from the very start has been marked by reversals and last-minute cancellations, as well as refusals to make reasonable accommodations such as video depositions or depositions in Framingham. Indeed, Select Justice first improperly served deposition notices directly on Ms. Teman's family members, and then withdrew them, only to re-notice those same depositions on unilaterally selected dates, before cancelling them again a week before they were to proceed. This conduct appears intended to burden and harass Ms. Teman and her family rather than advance legitimate discovery

As we made clear from the first meet and confer, Ms. Teman and her husband are willing to proceed with their depositions and to cooperate in good faith, but that it does not make sense to depose her children and their spouses. At no point previously did you indicate that the depositions were an all-or-nothing proposition. Select Justice's litigation conduct has caused continues to cause significant and unnecessary disruption to Ms. Teman and her family, who have had to rearrange childcare in reliance on your representation that the depositions would proceed as noticed.  Shifting positions now serves no legitimate purpose and instead imposes needless stress and inconvenience on the Temans.



**Carly Roman** She/Her
Attorney

Strauss Borrelli PLLC

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100    F: 872.263.1109
E: croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Tuesday, November 11, 2025 5:10 PM
**To:** Sam Strauss <sam@straussborrelli.com>; Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Sorry for the delay, Sam. I have been on back to back calls all day. I can confirm that we are prepared to proceed with each of the depositions as noticed for 11/19, 11/20, and 11/21. As previously mentioned, we are happy to adjust the start times of Emily and Glenn's depositions if helpful. Likewise, if the other family members need us to make some adjustments to the start times, please let us know.

Despite this confirmation that we are ready to proceed with all of the depositions, I do realize that we have previously met and conferred regarding our noticed depositions of the other family members. You have not indicated that they refuse to appear for their noticed depositions, and you have not moved to quash their depositions. As we intend to proceed with these depositions in succession, in the event you move to quash, we would reschedule all of them until the court adjudicates those motions.

Thank you

**From:** Sam Strauss <sam@straussborrelli.com>
**Sent:** Tuesday, November 11, 2025 4:34 PM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** Re: Teman v Select Justice - meet and confer re depositions

External (sam@straussborrelli.com)

Report This Email  FAQ

Michael,

Any update here?

Sam

**From:** Sam Strauss <sam@straussborrelli.com>
**Sent:** Tuesday, November 11, 2025 9:22:12 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Thank you, Michael.
Sam

---

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Tuesday, November 11, 2025 8:54 AM
**To:** Sam Strauss <sam@straussborrelli.com>; Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Thanks for the reminder, Sam. I will confirm by the end of the day.

---

**From:** Sam Strauss <sam@straussborrelli.com>
**Sent:** Tuesday, November 11, 2025 9:39 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

> **Caution**: External (sam@straussborrelli.com)
>
> First-Time Sender   Details
>
> Report This Email  FAQ

Good morning, Michael:

My apologies, if I missed an email yesterday.
Please confirm today that Nov. 20, 2025, works for Mr. and Ms. Teman's deposition?

As this deposition date is next, we need to provide confirmation to our the Teman's today.

Warm regards,
Sam



**Samuel J. Strauss** He/Him
Partner

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100     F: 872.263.1109
E: sam@straussborrelli.com
straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer. Licensed in Illinois, Washington, and Wisconsin.

---

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Friday, November 7, 2025 11:49 AM
**To:** Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

I believe that works but let me confirm on Monday as I am currently traveling out of state.

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Friday, November 7, 2025 12:44 PM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

> External (croman@straussborrelli.com)
>
> Report This Email  FAQ

Thanks. Can we at least lock in the date of Nov. 20, 2025, for Mr. and Ms. Teman's deposition?



**Carly Roman** *She/Her*
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P**: 872.263.1100   **F**: 872.263.1109
**E**: croman@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Lane, Michael <Michael.Lane@wbd-us.com>
**Sent:** Friday, November 7, 2025 11:33 AM
**To:** Carly Roman <croman@straussborrelli.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

Carly,

Your understanding is correct.

Thank you

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Friday, November 7, 2025 9:37 AM
**To:** Lane, Michael <Michael.Lane@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>; Topor, Jeff <Jeff.Topor@wbd-us.com>; Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Subject:** RE: Teman v Select Justice - meet and confer re depositions

> External (croman@straussborrelli.com)
>
> Report This Email  FAQ

Hi Michael,

Just following up on the below email. If I don't hear back from you tomorrow, I will assume you expect Mr. Teman's deposition, and all depositions, to take place in Boston, and that declarations from the family are not acceptable substitute.