UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Emily Teman, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>Select Justice, LLC  )<br>)<br>)<br>Defendant.  ) | Case No.: 1:24-cv-12656-LTS |

## NOTICE OF WITHDRAWAL

Kindly enter the withdrawal of appearance of Andrew M. Schneiderman, on behalf of Defendant Select Justice, LLC, in the above-referenced matter.

        SELECT JUSTICE
        By Its Attorneys

        */s/ Andrew M. Schneiderman*
        Andrew M. Schneiderman, Esq. (#666252)
        O'Hagan Meyer, PLLC
        140 Kendrick Street, Building C, 2nd Floor
        Needham, MA 02494
        Boston, MA 02199
        Telephone:  (617) 843-6800
        Facsimile:   (617) 843-6810
        aschneiderman@ohaganmeyer.com

Date:  November 17, 2025

#7884730v1

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that on November 17, 2025, I caused the foregoing *Notice of Withdrawal of Andrew M. Schneiderman* to be served upon registered counsel by ECF.

/s/ *Andrew M. Schneiderman*
Andrew M. Schneiderman

#7884730v1