IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

**DECLARATION OF MICHAEL K. LANE IN
SUPPORT OF DEFENDANT SELECT JUSTICE, LLC'S OPPOSITION TO
PLAINTIFF'S MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR A
PROTECTIVE ORDER**

I, Michael K. Lane, pursuant to 28 U.S.C. § 1746(2) hereby declare the following:

1. I am a Senior Counsel with the law firm of Womble Bond Dickinson (US) LLP, counsel of record for Defendant Select Justice, LLC ("Select Justice") in the above-referenced action. I submit this declaration based upon my personal knowledge in support of Select Justice's Opposition to Plaintiff's Motion to Quash or Modify Subpoenas and For a Protective Order.

2. Attached as **Exhibit 1** is a true and correct copy of meet and confer correspondence our office exchanged with Plaintiff's counsel between November 21 and December 3, 2025.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF DECEMBER, 2025.

*/s/Michael K. Lane*
Michael K. Lane

WBD (US) 4928-4789-5679

## **CERTIFICATE OF SERVICE**

I, Michael K. Lane, hereby certify that on this 5th day of December, 2025, I caused the foregoing pleading to be served upon the following known counsel by email, and through the Court's CM/ECF notification system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA
anthony@paronichlaw.com

*/s/ Michael K. Lane*
Michael K. Lane, BBO# 673501