IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SELECT JUSTICE, LLC,**<br><br>*Defendant*. | Case No. 1:24-cv-12656-LTS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF DAX VALDEZ

Pursuant to 28 U.S.C. § 1746, I, Dax Valdez, under penalty of perjury, declare as follows:

1. My name is Dax Valdez. I am over 21 years of age and am competent to give testimony. I make the statements set forth in this declaration based upon my personal knowledge, including that gained in my position as Chief Operating Officer of Select Justice, LLC ("Select Justice") and LeadClient, Inc. ("LeadClient").

2. Select Justice assists individuals who have suffered injury or harm by helping connect them, at no cost to the individual, with third party legal representation or other legal services based on their needs. Select Justice has different campaigns designed to address various forms of harm or injury, which it advertises online and through social media to reach individuals who may be interested in legal services.

3. Contrary to the allegations of the Complaint filed in this matter, Select Justice does not randomly initiate unwanted telemarketing calls on a mass basis. To the contrary, Select Justice only attempts to contact persons it understands have already expressed an interest in being contacted by Select Justice and who have provided their prior express consent to the calls.

4. In this case, Select Justice attempted to contact Plaintiff Emily Teman because she (or someone else, on her behalf) provided Select Justice with prior express consent to be called.

5. One of Select Justice's campaigns is the Rideshare Assault Campaign, which focuses on individuals who may have been sexually assaulted, or who know someone who may have been sexually assaulted, while using a rideshare service such as Uber or Lyft.

6. Public reports of rideshare sexual assaults occur throughout the country and indicate a widespread problem. *See, e.g.*, https://www.msn.com/en-us/news/crime/north-texas-mom-speaks-after-uber-drivers-conviction-for-assaulting-12-year-old-she-doesnt-want-this-to-happen-to-anyone-else/ar-AA1PPeHq?ocid=socialshare; https://www.msn.com/en-us/news/crime/i-just-froze-nashville-survivor-speaks-after-alleged-rideshare-assault-suspect-captured/ar-AA1OW50v?ocid=socialshare

7. During the relevant period, Select Justice advertised on Facebook in connection with the Rideshare Assault Campaign.

8. When a user clicks on the Rideshare Assault Campaign advertisement on Facebook, they are automatically redirected to Select Justice's landing webpage for that campaign, where they are presented with an online "eligibility" form asking them to provide their names, contact information (including phone number), and other information. Select Justice's landing page also informs users that by submitting the form, they are providing their consent to be contacted by Select Justice at the phone number provided. A true and accurate copy of Select Justice's landing page for the Rideshare Assault Campaign is attached hereto as **Exhibit 1**.

9. When a user submits the eligibility form, the information provided by the user is then added into Select Justice's database, along with certain lead user information, such as the IP address

associated with the submission, and information regarding the source of the lead (*e.g.*, Facebook click, etc.).

10. Select Justice only contacts leads who have consented to be contacted, including those who have submitted an online form with their contact information. This is true across all of Select Justice's campaigns, including the Rideshare Assault Campaign.

11. On October 20, 2023, Select Justice received an eligibility form submission in connection with the Rideshare Assault Campaign from a user who identified herself as Emily Teman. The user provided a full phone number (which will not be published in full here to protect Ms. Teman's privacy). The last four digits of the number provided were 6625. The user also provided other information, including Emily Teman's email address and zip code. Select Justice's records indicate this lead submission was associated with the IP address ▇▇.90.24 (redacted for privacy) and originated from a Facebook ad click.

12. On October 28, 2023, Select Justice received another eligibility form submission in connection with the Rideshare Assault Campaign from a user who again identified herself as Emily Teman. The user provided the same phone number ending in 6625, and included Emily Teman's email address (with a typo in the domain name) and zip code. This submission is associated with the same IP address (▇▇.90.24) as the October 20, 2023 submission, and it also originated from a Facebook ad click. The document attached as **Exhibit 2** reflects data maintained in Select Justice's system relating to the October 20 and 28, 2023 lead submissions.[1]

13. By submitting information to Select Justice on October 20 and 28, 2023, the user(s) responsible for submitting the forms gave Select Justice consent to contact Emily Teman at the 6625 phone

---

[1] Due to privacy considerations and the size of the document, the version attached as Exhibit 2 redacts and omits data not relevant to this Motion. I understand that counsel for Select Justice has produced to Plaintiff the complete unredacted version of this document in native format.

number provided regarding the Rideshare Assault Campaign. Specifically, the user(s) clicked a submit button directly above text stating:

> By submitting this form, you confirm that you have read and agreed to Select Justice, LLC or LeadClient, Inc. or a law firm may contact you about their services at your above phone number even if it is on a National or State Do Not Call List. Calls / texts may employ automated dialing technology and prerecorded / artificial voice messages and email. I understand my consent is not a condition of any purchase.

The page also contained the following language:

> **Disclaimer:** By clicking the Submit button, I consent to being contacted by Select Justice, LLC, AAL Media, LLC, LeadClient, Inc. or a law firm at the number I provided. I also consent to receiving advertisements and telemarketing messages by text message or pre-recorded call, either of which may be dialed by an autodialer. I acknowledge that my consent is not required for purchase, that standard message and data rates apply, and that clicking Submit constitutes my electronic signature for my consent to being contacted and my agreement to the Terms and Conditions.

14. Following the October 20, 2023 lead submission, Select Justice made one or more attempts to contact Emily Teman through the email and phone number provided on the eligibility form submissions.

15. Select Justice did not attempt to call Emily Teman after it received a written letter from her and her husband Glenn Teman, dated December 1, 2023, requesting that Select Justice cease contacting them. The email address Emily and Glenn Teman provided on that December 1, 2023 written correspondence to Select Justice matches the email address provided by the individual who submitted the eligibility form submission to Select Justice on October 20, 2023, identifying themselves as Emily Teman. The document attached as **Exhibit 3** is a true and correct copy of the

December 1, 2023 letter Select Justice received from Emily and Glenn Teman, which has been redacted for privacy considerations.

16. I understand that in response to a subpoena issued in this litigation, InTake Desk, a company unaffiliated with Select Justice, produced a Trusted Form Certificate relating to a lead submission associated with Emily Teman in connection with its Talcum Powder Settlement campaign.

17. InTake Desk produced the Trusted Form Certificate via a link on April 21, 2025, and I reviewed the Trusted Form Certificate via the link that day and saved a copy of it at that time. A true and accurate copy of that Trusted Form Certificate is included in **Exhibit 4**, which has been redacted for privacy considerations.

18. The Trusted Form Certificate reflects that someone using the IP address of ▮▮▮.90.24—the same IP address associated with the lead submissions to Select Justice under the name "Emily Teman"—accessed a Talcum Powder Settlement Page on October 31, 2023 (three days following the second eligibility form submission on Select Justice's Rideshare Assault page).

19. The Trusted Form Certificate from InTake Desk indicates that the individual who accessed that Talcum Powder Settlement page answered questions set forth on that page, and, as in this case, the individual then entered Emily Teman's contact information on the landing page.

20. I understand that in response to a subpoena issued in this litigation, Verizon produced a document showing that between August 22, 2023 and November 17, 2023, the IP Address of ▮▮▮.90.24 was associated with Stacey Sibulesky, who resides at ▮▮▮▮ Rd. Framingham, MA 01701 (redacted for privacy). I understand that Ms. Sibulesky is the daughter of Plaintiff Emily Teman. A true and correct copy of documents produced by Verizon along with the business records affidavit it produced, redacted for privacy considerations, are attached hereto as **Exhibit 5**.

21. A Trusted Form Certificate, like the one produced by InTake Desk in response to Plaintiff's subpoena, logs the keystroke history as a user fills out the form, including what is typed into the form but deleted prior to actual submission. Here, the Trusted Form Certificate log from Intake Desk, which is included in **Exhibit 4** attached hereto, indicates that the user who submitted the form relating to the Talcum Power Settlement page first typed **"Sibulesky"** as the last name, then deleted it and replaced it with **"Teman."**

22. I also understand that Plaintiff claims that the two leads associated with Plaintiff were "purchased from an undisclosed seller for $1.16." (Dkt. 65 at 4.) This is not true. Select Justice does not purchase leads from any third parties. The document attached as Exhibit B to Plaintiff's Motion to Quash relates to the cost of advertising the Rideshare Assault Campaign on Facebook. The "$1.16" figure represents the average cost of the advertisement per user click, and reflects performance data for the advertisement campaign, not the cost to purchase leads.

23. I understand that Plaintiff believes that Select Justice may have obtained leads from LeadClient. This is also not true. Select Justice is the public-facing entity and brand for LeadClient. LeadClient is not a third-party vendor of Select Justice and does not sell leads to Select Justice.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF DECEMBER, 2025.

*[signature]*

Dax Valdez

**CERTIFICATE OF SERVICE**

I, Michael K. Lane, hereby certify that on this 5th day of December, 2025, I caused the foregoing pleading to be served upon the following known counsel by email, and through the Court's CM/ECF notification system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA
anthony@paronichlaw.com

                                                       */s/ Michael K. Lane*
                                                       Michael K. Lane, BBO# 673501