# **<u>Exhibit 1</u>**

JUSTICE HERE   **FREE Eligibility Check**

## Were you or a loved one sexually abused in an UBER or LYFT as a passenger?

### Free Compensation Eligibility Check

Finding out if you are eligible for a large settlement for your abuse claim is 100% free, fast, and easy!

#### Tell us about yourself

It appears you may be eligible and qualify for legal representation. Complete the form below to be contacted by a representative. There are NO costs to commit to submitting this form.

Please briefly describe what happened

First Name *

Last Name *

Phone number *

Email Address *

Zip Code(5 digits only) *

**SUBMIT**

By submitting this form, you confirm that you have read and agreed to Select Justice, LLC or LeadClient, Inc. or a law firm may contact you about their services at your above phone number even if it is on a National or State Do Not Call List. Calls / texts may employ automated dialing technology and prerecorded / artificial voice messages and email. I understand my consent is not a condition of any purchase.

**Disclaimer:** By clicking the Submit button, I consent to being contacted by Select Justice, LLC, AAA, Media, LLC, LeadClient, Inc. or a law firm at the number I provided. I also consent to receiving advertisements and telemarketing messages by text message or pre-recorded call, either of which may be dialed by an autodialer. I acknowledge that my consent is not required for purchase, that standard message and data rates apply, and that clicking Submit constitutes my electronic signature for my consent to being contacted and my agreement to the Terms and Conditions.

Submitting this form and the information contained therein does not establish an attorney-client relationship. The information submitted may be reviewed by more than one attorney and/or law firm. By submitting this form, you understand any information received in response to this questionnaire is general information for which there will be no charge. You further acknowledge that the law for each state may vary, and therefore, you will not rely upon this information as legal advice. Since this matter may require advice regarding your home state, local counsel may be contacted for referral of this matter. By clicking Submit, you acknowledge that the information viewed is advertising and you agree to receive future advertisements from Select Justice, LLC and/or its partners.



### Confidential.

Sexual abuse claims are handled with extreme care and confidentiality. Sexual abuse is a serious crime that can leave lasting effects on its victims. It takes a lot of courage to come forward to hold abusers and the companies who put them in a place to abuse victims accountable.

### Compensation.

In the past these rideshare companies have ignored many claims and even sent the same abusive drivers or passenger back out in their platform. We are here to help the survivors report their claims, seek help and file lawsuits to recover compensation for:

- ◇ Counseling
- ◇ Pain and suffering
- ◇ Medical treatment
- ◇ Lost earnings
- ◇ Damages

### Eligibility.

If you or a loved one experienced any of the following types of abuse, you are eligible:

- ✓ Sexual Abuse
- ✓ Attempted Sexual Abuse
- ✓ Forced Kissing
- ✓ Physical Injury
- ✓ Inappropriate Touching
- ✓ Other Abuse

**FREE Eligibility Check**

### Drivers and Passengers Affected.

According to an UBER report with 5,981 allegations of sexual assault in the U.S. just over 2 years, 55% of claims were from passengers and 45% of claims were from drivers.

### Settlements.

LYFT reached a $25 Million settlement on claims it hid safety problems before IPO in 2019.

UBER agreed to pay a $9 Million settlement for its failure to comply with requests from California regulators for information about sexual assault claims made by customers.

### Background Checks.

One of the main complaints against rideshare companies including UBER and LYFT is the lack of attention placed on background checks. Checks do not go back further than 7 years leaving people with a history of sex crimes able to be hired as drivers.

If this happened within the last 3 years in most states, you could still file a claim.

### Get the Justice You Deserve.

This sexual abuse could have been prevented; you have rights. Skilled attorneys can guide you through the legal process at no cost to you or your family.

**FREE Eligibility Check**

© 2023 JusticeHere, LLC. All rights reserved.

JusticeHere is not a law firm nor a legal referral service and is not qualified to give any legal advice. We advocate for those individuals who have been harmed or injured by assisting them with understanding the cause of their situation, identifying who may be responsible, and helping them take steps to pursue justice against the wrongdoers.

Terms and Conditions · Privacy Policy · Do Not Sell My Personal Information · Accessibility

SEL0015