# **<u>Exhibit 2</u>**

| date_submitted | time_submitted | ip_address | page_url | experienced_issue | first_name | last_name | phone_number | email | zip_code | description | sid | fbclid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2023 | 02:45 AM UTC | .90.24 | http://rideshare.justicehere.com/ | | Emily | Teman | 6625 | @rcn.com | 1701 | | FacebookAds | IwAR305zvA1KGJVZp7DZcMx7Hh89iP6InCBEA5BQuoABFgKSlfp8jem3_sYRo_aem_AVwDuWOj6Kp3fb92pEPR_p8tSYBDMLayB4rp0LToA3ltAzNCtC0P6xuFq8wq8DLoybEjK8uPlAK2YH8aJ2cA7hwC |
| 10/28/2023 | 09:12 PM UTC | .90.24 | http://rideshare.justicehere.com/ | | Emily | Teman | 6625 | @rxn.com | 1701 | | FacebookAds | IwAR1ZVLE7qPqH9cFLUwTWKrPUA0LIvAPaxEjBAK_CwGQ5h3vCyKH0W3-1OuQ_aem_AbY5sRdKW4UsBd29K7cRtMGqkzHwwEExxauPoBqO7zbn5OKI_XfwA0wTlVzlm2mxVNucGJGL |