# **Exhibit 3**

**Emily & Glenn Teman**

███████████

████████████████████

**Home:** ████-6625 (Please call before 8 pm EST)
**Email:** ██████@rcn.com

---

Select Justice
6140 Innovation Way
Carlsbad, CA 92009

12/1/23

Dear Select Justice:

For the last few months, our household has received <u>multiple</u> unsolicited calls from your company, which we have let go to voicemail. All of these calls ask us to call you back to discuss class action lawsuits that we have inquired about – first it was a talcum powder lawsuit, and next it was a rideshare lawsuit. Please be advised that neither of us in this household have made any inquiries to your company – or any other company – about ANY lawsuits, and if you have our names and phone number they were given to you in error or illegally. ***Your calls have reached the point of harassment. If we receive any more calls from your company our next step will be to make a complaint to the Massachusetts Attorney General's Office. Therefore, please remove both of our names (Glenn Teman and Emily Teman), our phone number (███-6625), and any other data for us from your system and call lists – and make sure it does not get re-introduced - ever. Do not call us again.***

Note that we are tracking this letter so we will know when it has been received by your company.

*Emily & Glenn Teman*

Emily & Glenn Teman

SEL0015