# **<u>Exhibit 4</u>**

TrustedFrom cert info

## Certificate of Authenticity for Web Leads

Certificate ID: ebb38b652227e8448c2a183b84943c8df8db34c4

**trustedform**
powered by activeprospect

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

### When did they visit?

| | |
|---|---|
| Visit date: | October 31, 2023 |
| Visit time: | 7:58:19 PM PDT |
| Time on page: | 1 minute, 34 seconds |

### Where did they visit?

| | |
|---|---|
| Page URL: | https://freelegalreviews.com/talcumpowder/0001/ |

### Who visited?

| | |
|---|---|
| Remote IP Address: | ▮0.24 |
| Geographic Location (Approximate): | ▮ Massachusetts, United States |
| Browser: | Facebook |
| Operating System: | iOS 16.4 |

### What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a session replay of how the user interacted with the page.

**View Session Replay**

Event Log:

# Event Log

Certificate ID: ebb38b652227e8448c2a183b84943c8df8db34c4

| Date/Timestamp | Event |
| --- | --- |

2023/10/31 19:58:19

certificate created

2023/10/31 19:58:23

resized the window

2023/10/31 19:58:24

clicked on [unnamed span]

2023/10/31 19:58:24

clicked on [question_1]

2023/10/31 19:58:24

chose [] from radio buttons [question_1]

2023/10/31 19:58:25

resized the window

2023/10/31 19:58:26

clicked on [unnamed div]

2023/10/31 19:58:27

clicked on [unnamed li]

2023/10/31 19:58:27selected [Fallopian Tube Cancer] from menu [question_2]

2023/10/31 19:58:28

submitted form

2023/10/31 19:58:28

clicked on [forward]

2023/10/31 19:58:28

clicked on [unnamed div]

2023/10/31 19:58:29

clicked on [unnamed li]

2023/10/31 19:58:30selected [2022] from menu [question_3]

2023/10/31 19:58:30

submitted form

2023/10/31 19:58:30

clicked on [forward]

2023/10/31 19:58:31

clicked on [unnamed div]

2023/10/31 19:58:32

clicked on [unnamed li]

2023/10/31 19:58:32selected [Partial Hysterectomy] from menu [question_4]

2023/10/31 19:58:34

resized the window

2023/10/31 19:58:38

clicked on [firstname]

2023/10/31 19:58:39

started typing in [firstname]

2023/10/31 19:58:39

typed 'E' in [firstname]

2023/10/31 19:58:39

typed 'y' in [firstname]

2023/10/31 19:58:39

typed 'e' in [firstname]

2023/10/31 19:58:40

typed 'Backspace' in [firstname]

2023/10/31 19:58:40

typed 'Backspace' in [firstname]

2023/10/31 19:58:41

typed 'r' in [firstname]

2023/10/31 19:58:42

typed 'Backspace' in [firstname]

2023/10/31 19:58:42

typed 't' in [firstname]

2023/10/31 19:58:43

typed 'e' in [firstname]

2023/10/31 19:58:43

typed 'm' in [firstname]

2023/10/31 19:58:43

typed 'a' in [firstname]

2023/10/31 19:58:44

typed 'n' in [firstname]

2023/10/31 19:58:44

typed 'Backspace' in [firstname]

2023/10/31 19:58:45

typed 'Backspace' in [firstname]

2023/10/31 19:58:45

typed 'Backspace' in [firstname]

2023/10/31 19:58:45

typed 'Backspace' in [firstname]

2023/10/31 19:58:45

typed 'Backspace' in [firstname]

2023/10/31 19:58:45

typed 'Backspace' in [firstname]

2023/10/31 19:58:46

typed 'E' in [firstname]

2023/10/31 19:58:46

typed 'm' in [firstname]

2023/10/31 19:58:46

typed 'a' in [firstname]

2023/10/31 19:58:47

typed 'i' in [firstname]

2023/10/31 19:58:47

typed 'm' in [firstname]

2023/10/31 19:58:48

typed 'Backspace' in [firstname]

2023/10/31 19:58:48

typed 'Backspace' in [firstname]

2023/10/31 19:58:48

typed 'Backspace' in [firstname]

2023/10/31 19:58:49

typed 'a' in [firstname]

2023/10/31 19:58:49

typed 'i' in [firstname]

2023/10/31 19:58:50

typed 'l' in [firstname]

2023/10/31 19:58:50

typed 'y' in [firstname]

2023/10/31 19:58:50

typed ' ' in [firstname]

2023/10/31 19:58:50

changed value to 'Emails ' in [firstname]

2023/10/31 19:58:51

typed 'Backspace' in [firstname]

2023/10/31 19:58:51

typed 'Backspace' in [firstname]

2023/10/31 19:58:52

typed 'Backspace' in [firstname]

2023/10/31 19:58:52

typed 'Backspace' in [firstname]

2023/10/31 19:58:52

typed 'Backspace' in [firstname]

2023/10/31 19:58:52

typed 'Backspace' in [firstname]

2023/10/31 19:58:52

typed 'Backspace' in [firstname]

2023/10/31 19:58:53

typed 'E' in [firstname]

2023/10/31 19:58:53

typed 'm' in [firstname]

2023/10/31 19:58:53

typed 'i' in [firstname]

2023/10/31 19:58:54

typed 'l' in [firstname]

2023/10/31 19:58:54

typed 'u' in [firstname]

2023/10/31 19:58:55

typed ' ' in [firstname]

2023/10/31 19:58:55

changed value to 'Emily ' in [firstname]

2023/10/31 19:58:55

clicked on [lastname]

2023/10/31 19:58:56

started typing in [lastname]

2023/10/31 19:58:56

typed 'S' in [lastname]

2023/10/31 19:58:57

typed 'i' in [lastname]

2023/10/31 19:58:57

typed 'b' in [lastname]

2023/10/31 19:58:58

typed 'u' in [lastname]

2023/10/31 19:59:00

typed 'l' in [lastname]

`2023/10/31 19:59:00`

typed 'e' in [lastname]

`2023/10/31 19:59:00`

typed 's' in [lastname]

`2023/10/31 19:59:00`

typed 'k' in [lastname]

`2023/10/31 19:59:00`

typed 'u' in [lastname]

`2023/10/31 19:59:02`

typed ' ' in [lastname]

`2023/10/31 19:59:02`

changed value to 'Sibulesky'i ' in [lastname]

`2023/10/31 19:59:03`

typed 'Backspace' in [lastname]

`2023/10/31 19:59:03`

typed 'Backspace' in [lastname]

`2023/10/31 19:59:03`

typed 'Backspace' in [lastname]

`2023/10/31 19:59:05`

typed 'Backspace' in [lastname]

`2023/10/31 19:59:06`

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:08
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:08
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:08
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:08
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:09
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:11
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:12
```

typed 'Backspace' in [lastname]

```
2023/10/31 19:59:13
```

typed 'T' in [lastname]

```
2023/10/31 19:59:13
```

typed 'e' in [lastname]

```
2023/10/31 19:59:13
```

typed 'm' in [lastname]

```
2023/10/31 19:59:13
```

typed 'a' in [lastname]

2023/10/31 19:59:14

typed 'n' in [lastname]

2023/10/31 19:59:14

clicked on [email]

2023/10/31 19:59:18

clicked on [email]

2023/10/31 19:59:19

started typing in [email]

2023/10/31 19:59:19

typed '█' in [email]

2023/10/31 19:59:19

typed█ in [email]

2023/10/31 19:59:20

typed '█' in [email]

2023/10/31 19:59:20

typed '█' in [email]

2023/10/31 19:59:20

typed '█' in [email]

2023/10/31 19:59:20

typed '█' in [email]

2023/10/31 19:59:21

typed '@' in [email]

2023/10/31 19:59:21

typed 'r' in [email]

2023/10/31 19:59:21

typed 'c' in [email]

2023/10/31 19:59:22

typed 'n' in [email]

2023/10/31 19:59:22

typed '.' in [email]

2023/10/31 19:59:24

typed 'c' in [email]

2023/10/31 19:59:24

typed 'o' in [email]

2023/10/31 19:59:24

typed 'm' in [email]

2023/10/31 19:59:25

clicked on [phone]

2023/10/31 19:59:30

started typing in [phone]

2023/10/31 19:59:30

typed ▮' in [phone]

2023/10/31 19:59:30

changed value to '(5' in [phone]

2023/10/31 19:59:30

typed '█' in [phone]

2023/10/31 19:59:30

typed '█' in [phone]

2023/10/31 19:59:32

typed '█' in [phone]

2023/10/31 19:59:32

changed value to '█████' in [phone]

2023/10/31 19:59:32

typed '█' in [phone]

2023/10/31 19:59:32

typed '█' in [phone]

2023/10/31 19:59:33

typed '6' in [phone]

2023/10/31 19:59:33

changed value to '████████-6' in [phone]

2023/10/31 19:59:33

typed '6' in [phone]

2023/10/31 19:59:34

typed '2' in [phone]

2023/10/31 19:59:34

typed '5' in [phone]

2023/10/31 19:59:35

clicked on [zipcode]

2023/10/31 19:59:35

resized the window

2023/10/31 19:59:36

started typing in [zipcode]

2023/10/31 19:59:36

typed 'Shift' in [zipcode]

2023/10/31 19:59:38

typed '0' in [zipcode]

2023/10/31 19:59:38

typed '1' in [zipcode]

2023/10/31 19:59:39

typed '7' in [zipcode]

2023/10/31 19:59:39

typed '0' in [zipcode]

2023/10/31 19:59:39

typed '1' in [zipcode]

2023/10/31 19:59:40

resized the window

2023/10/31 19:59:40

resized the window

2023/10/31 19:59:42

submitted form

2023/10/31 19:59:42

clicked on [process]