# **<u>Exhibit 5</u>**



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

April 24, 2025

O'HAGAN MEYER PLLC
140 KENDRICK ST BLDG C WEST 2ND FLOOR
NEEDHAM MA 02494

**Verizon Case #: 25285725**
**Docket / File #: 24-cv-12656~LTS**

State of Texas

ss:

County of Tom Green

I, STEPHEN ZEITERS, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ STEPHEN ZEITERS

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

```
Verizon Case #: 25285725 0                    Target #:         .90.24
Docket/File #:  24-cv-12656-LTS               All Times Are: UTC
==========================================================================
Search Value: IP Address:        90.24
Start Time: 2023-08-22 05:03:49Z
Stop Time:  2023-11-17 12:31:14Z
==========================================================================
Customer Information:
==========================================================================
Vision Customer Id:
Vision Account Id:
Customer Name: Stacey Sibulesky
Account Address:
Daytime Telephone:
Service VV -
Email Address:

Primary:            User ID:
                    User Name:
==========================================================================
```

AO 88A (Rev 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Emily Teman, Individually and on behalf of all others similarly situated <br> *Plaintiff* <br> v. <br> Select Justice, LLC <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1 24-cv-12656-LTS |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Verizon Security Subpoena Compliance/KOR - Verizon
180 Washington Valley Road
Bedminster, NJ 07921
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: O'Hagan Meyer, PLLC <br> 140 Kendrick St., Bldg C West, 2nd Floor <br> Needham, MA 02494 | Date and Time: <br> May 2, 2025   12:00 pm |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Schedule "A" attached hereto

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4.9.25

CLERK OF COURT

OR

_____     /s/ Andrew M. Schneiderman
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant, Select Justice, LLC , who issues or requests this subpoena, are:
Andrew M. Schneiderman, Esq., O'Hagan Meyer, PLLC, 140 Kendrick Street, Building C West, 2nd Floor, Needham, MA 02494 T: 617 843.6800; email: aschneiderman@ohaganmeyer.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AMENDED SCHEDULE A (VERIZON)

### DEFINITIONS

1. The term "concerning" means referring to, describing, evidencing or constituting.

2. The terms "document" or "documents" mean and shall include the original (or if the information called for cannot be provided or referred to as an original, then an identical copy thereof) and includes, without limitation, all drafts, alterations, modifications, changes and amendments of any documents and any graphic or oral records or representations of any kind (including, without limitation, writings, drawings, graphs, charts, photographs, sound recordings, images, metadata, electronically stored e-mail and documents and other data or data compilations stored in any medium from which information can be obtained – translated, if necessary into reasonably usable form).

### TIME PERIOD/CUSTOMER INFORMATION

1. **Dates Generally:** January 2023 to the Present.

2. **Dates Specifically:** Specifically, October 19, 2023 and October 28, 2023.

3. **Customer Information:** The customer is either Emily Teman or Glenn Teman. The last known address for either individual is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

### COURT ORDER REGARDING DISCLOSURE OF INFORMATION

Attached as Exhibit A is Select Justice's Motion for Disclosure of Information along with the Court's Order dated April 9, 2025 signed by Judge Leo T. Sorokin permitting disclosure of the information requested herein.

### DOCUMENTS TO BE PRODUCED

1. All documents concerning the telephone number ▮▮▮▮▮▮-6625 including all contracts and invoices for the subject telephone number, and all documents reflecting ownership of the telephone number during the relevant time period.

#6032292v1

2. All documents concerning use of the IP address ▮90.24 during the relevant time period in question.

3. All documents concerning the use of any IP address by Plaintiff during the relevant time period in question.

4. All documents concerning any calls to telephone number ▮-6625 *from telephone numbers (281) 402-3278, (877)-324-2518, (855) 216-5126 or 413-343-4738*, including without limitation, documents reflecting the originating and intermediate telephone carriers who carried/transmitted such calls, who the original telephone subscriber/sender was, and what the real telephone numbers were that were used to initiate these calls, if different from the numbers above.

**In Lieu of appearing for the scheduled deposition you may forward certified copies of the requested records within 20 days of service, to:**

ANDREW M. SCHNEIDERMAN, ESQ.
O'HAGAN MEYER, PLLC
140 KENDRICK STREET, BUILDING C WEST, 2nd FLOOR
NEEDHAM, MA 02494

#6032292v1