— **EXHIBIT E** —

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMILY TEMAN**, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>**SELECT JUSTICE, LLC**,<br><br>            Defendant. | No. 1:24-cv-12656-LTS |

### DECLARATION OF KERRY TAMM

I, Kerry Tamm, hereby declare and state as follows:

1. I am the Plaintiff's daughter in the above captioned case, and I reside in Framingham, Massachusetts, with my husband Terence Tamm. I have personal knowledge of the information set forth herein and, if called upon, I am competent to testify to the contents of this declaration.

2. I am submitting this declaration in support of Emily Teman and Her Non-Party Family Members' Motion to Quash or Modify Subpoenas and for a Protective Order.

3. I was informed that Select Justice served a subpoena on me seeking documents and deposition testimony. I confirm that I retained Plaintiff's counsel to represent me, and I understand that Plaintiff's counsel accepted service of that subpoena on my behalf.

4. I authorized Plaintiff's counsel to file a Motion to Quash on my behalf because I am the individual subject to the subpoena and the one whose rights are implicated by it. Although the Motion to Quash was signed by Plaintiff's counsel, this was done on my behalf and with my permission.

5. To remove any doubt, I confirm that: (a) I join the Motion to Quash; (b) I seek the relief requested; and (c) the Motion to Quash is filed on my behalf.

6. Furthermore, I expressly deny ever providing Ms. Teman's information to Select Justice through its Facebook advertisements or otherwise, from Ms. Sibulesky's residence or from anywhere else. If someone did in fact provide Ms. Teman's contact information to Select Justice, I have no reason to know who did.

7. The prospect of being deposed and having my electronic devices examined has caused me significant stress and anxiety because I do not understand the legal process and I have no personal knowledge of the issues in this case and no relationship to this case beyond being Ms. Teman's daughter.

8. I understand that Select Justice agreed to temporarily withdraw its request to depose me, but still seeks my electronic devices and my internet browsing history. However, I have no relevant information regarding Select Justice's defenses, and I do not understand why my devices and/or internet browsing history are required in the first place. Invading my privacy to this degree feels unnecessary and unfair.

9. I respectfully request that the Court quash Select Justice's subpoena to me in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12 2025.

/s/ *Kerry Tamm*
Kerry Tamm

Doc ID: 7798cba8aea61187b1e6618441ddebf0277c0f98