# **ATTACHMENT A**

**Teman v. Select Justice**

**Joint Discovery Letter Dated January 27, 2026**

**ATTACHMENT A**

Below is a list of the Parties' disputed search terms:

*Select Justice Websites*

- https://go.justicehere.com!
- https://www.confidentialcasehelp.com!
- https://elmiron.injurymatch.com!
- https://www.justicehere.com!
- https://justiceadvocates.com!
- https://thejusticeadvocates.com!
- https://justiceherenow.com!

*Intake Desk Website/Terms*

- https://freelegalreviews.com/talcumpowder!
- Talc!
- Intake /s desk
- Intakedesk

*TCPA & Attorney Terms*

- https://www.paronichlaw.com/!
- https://www.straussborrelli.com!
- Lawsuit
- Legal
- Litigation
- Settlement
- Claim!
- Lawyer
- Attorney
- Paronich
- Phillips
- Strauss
- Borrelli