# **ATTACHMENT B**

## Teman v. Select Justice

### Proposed Collection and Search Terms

1. Vendor shall collect from each of the named witnesses (Glenn Teman, Emily Teman, Stacy Sibulesky, and Daniel Sibulesky) each electronic device they used to access the internet and/or Facebook (n/k/a Meta) between October 10 and October 31, 2023 in their possession, custody, or control, including but not limited to desktops, laptops, notebooks, iPads, tablets, and cellular telephones.

2. From each device collected, Vendor shall collect all DIGITAL FOOTPRINT EVIDENCE between the dates October 10 - 31, 2023.

"DIGITAL FOOTPRINT EVIDENCE" shall mean any and all evidence that could indicate that a specific term has been entered into a search engine or a specific website has been visited, including but not limited to, browser history logs (including time stamps), cookies, cache files, autofill data, bookmarks or reading lists, download histories, system logs, DNS caches, network traffic logs, session data including session tokens, registry entries, browser extensions (e.g., ad blockers, analytics tools), application logs, cloud or computer-based backups, and error logs.

3. Vendor shall conduct a search of all DIGITAL FOOTPRINT EVIDENCE concerning the following websites and terms.

Websites:

https://www.facebook.com!

https://rideshare.justicehere.com!

https://rideshareassualtsupport.com!

https://freelegalreviews.com/talcumpowder!

https://go.justicehere.com!

https://www.confidentialcasehelp.com!

https://elmiron.injurymatch.com!

https://www.rideshareassaultsupport.com!

https://www.justicehere.com!

https://justiceadvocates.com!

https://thejusticeadvocates.com!

https://www.selectjustice.com/!

https://freelegalreviews.com/lps/rideshare!

https://www.rideshareassaultsupport.com!

https://www.paronichlaw.com/!

https://www.straussborrelli.com!

https://justiceherenow.com!

https://www.goldwaterlaw.com/rideshares

Terms:

Uber

Lyft

Rideshare

Ride /s share

Assault!

Lawsuit

Legal

Litigation

Settlement

Claim!

Sex /s (assault OR harass! OR claim)

TCPA

"telephone consumer protection act"

Unwanted /s (call! OR market! OR ad! OR touch!)

Lawyer

Attorney

Paronich

Phillips

Strauss

Borrelli

Do /s not AND call

Telemarketing

Spam /s calls

Lead /s generator

Telephone /solicitation

Consumer /s protection

Class /s action

Talc!

Lead /s client

Select /s justice

Justice /s here

Intake /s desk

Intakedesk

*Note that the use of a "!" in the search terms indicates a root expander will be used when running the search to ensure that documents are captured where the search term is preceded and/or followed immediately by other characters. Search terms should be run without reference to capitalization. To the extent any search terms cannot or will not be run due to technical limitations, the Vendor will inform counsel for both parties and a solution will be negotiated.

WBD (US) 4927-3143-7195