IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Civ. No. 1:24-cv-12656-LTS |

## **PLAINTIFF'S AMENDMENT TO JOINT LETTER RE: DISCOVERY DISPUTE**

Plaintiff respectfully clarifies a statement in the parties' Joint Letter [Dkt. 76] regarding the December 17, 2025 hearing. Plaintiff previously stated that "[d]efendant's argument rests on a premise the Court has already rejected. The stipulated collection protocol includes a 'privilege and responsiveness review' because that is what the Court ordered at the December 17, 2025 hearing on Plaintiff's Motion to Quash." That was an overstatement, and Plaintiff apologizes.

At the time the Joint Letter was submitted, Plaintiff did not yet have the benefit of the hearing transcript, which was obtained on January 30, 2026. The transcript confirms that the Court declined to resolve the privilege and responsiveness review issue in the context of the motion to quash. See Dec. 17, 2025 Tr. at 5:12-6:3. Although the Court did not enter a definitive ruling prescribing a specific protocol, Plaintiff's confusion may have arisen from subsequent comments. See Dec. 17, 2025 Tr. at 18:9-18 (in discussing forensic examination of the Tamms' devices, the Court explained that materials could be "parked" and later produced only after a determination of entitlement, at which point counsel would "do your privilege or responsiveness review.") These statements reasonably suggested to Plaintiff that a privilege and responsiveness review would occur before any disclosure. Plaintiff's position remains consistent with that

framework, while Defendant's position, which requires simultaneous disclosure of all collected ESI, would eliminate any meaningful privilege or responsiveness review.

Dated: January 30, 2026

Respectfully submitted,

**EMILY TEMAN, individually and on behalf of all others similarly situated,**
By her counsel,

*/s/ Anthony Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on January 30, 2026 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Anthony Paronich*