IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
AT BOSTON

| | |
|---|---|
| EMILY TEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT JUSTICE, LLC,<br><br>Defendant. | Case No. 1:24-cv-12656-LTS<br><br>Honorable District Judge Leo T. Sorokin |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Emily Teman and Select Justice, LLC ("the Parties"), by and through their undersigned counsel, hereby notifies the Court that they have reached an agreement in principle on the material terms of an individual settlement in this matter.

*[Counsel signatures to follow on next page.]*

Respectfully submitted this 24th day of February, 2026.

/s/ Samuel J. Strauss
Samuel J. Strauss (*pro hac vice*)
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
(T) 872-263-1100
(F) 872-263-1109
sam@straussborrelli.com
aphillips@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(T) 508-221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff
and the Putative Class*

/s/ Michael K. Lane
Michael K Lane
**WOMBLE BOND DICKINSON (US) LLP/BOSTON**
470 Atlantic Avenue, Suite 600
Boston, MA 02210
(T) 857-287-3160
michael.lane@wbd-us.com

Jeffrey A Topor
Michelle Catapang
Tomio B Narita
**WOMBLE BOND DICKINSON (US) LLP SAN FRANCISCO**
50 California Street, Suite 2750
San Francisco, CA 94111
(T) 415-433-1900
jeff.topor@wbd-us.com
michelle.catapang@wbd-us.com
tomio.narita@wbd-us.com

*Counsel for Defendant
Select Justice, LLC*

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on February 24, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 24th day of February, 2026.

                Respectfully submitted,

                */s/ Samuel J. Strauss*
                Samuel J. Strauss (*pro hac vice*)
                **STRAUSS BORRELLI PLLC**
                980 N Michigan Ave., Suite 1610
                Chicago, IL 60611
                (T) 872-263-1100
                (F) 872-263-1109
                sam@straussborrelli.com