UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Emily Teman

        Plaintiff(s),

    V.

CIVIL ACTION NO. 1:24-12656-LTS

Select Justice, LLC

        Defendants(s).

**SETTLEMENT ORDER OF DISMISSAL**

Sorokin, D. J.

The Court having been advised on _____2/24/2026_____ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

2/27/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk